**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RASHON A. SOLICE,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO.    25-cv-2043** |
| | : | |
| **JOSEPH TERRA, et al.,** | : | |
| **Respondents.** | : | |

## O R D E R

This 25th day of June, 2026, following careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and relevant portions of the record, no objections having been filed, it is hereby **ORDERED** that:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**.

2.  The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**, without an evidentiary hearing.

3.  There is <u>no</u> basis for the issuance of a certificate of appealability.

/s/ Gerald Austin McHugh
United States District Judge
